■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW LEGGARD, Appellant. [751 NYS2d 383] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered December 11, 2000, convicting him of manslaughter in the second degree and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his claim that the evidence was legally insufficient because the People failed to prove that he was aware that shaking his infant could result in her death (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Tang,* 277 AD2d 474; *People v Haynes,* 272 AD2d 413; *People v Kendall,* 254 AD2d 809; *People v Goodridge,* 251 AD2d 85). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). O'Brien, J.P., Krausman, Townes and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMEEK LEWIS, Appellant. [751 NYS2d 740] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 7, 2001 (*People v Lewis,* 283 AD2d 442), affirming a judgment of the Supreme Court, Kings County, rendered May 14, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., S. Miller, McGinity and Townes, JJ., concur.